Prob 12
(D/VT Rev. 10/22)

**UNITED STATES DISTRICT COURT**
**For The**
**DISTRICT OF VERMONT**

U.S.DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 FEB -2 AM 11: 06

CLERK
BY_____
DEPUTY CLERK

U.S.A. vs. Phillip Wilson

Docket No. 1:16CR097-001

**Petition on Probation and Supervised Release**

COMES NOW ALISHA WAITE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Phillip Wilson, who was placed on supervision by the Honorable Christina Reiss sitting in the Court at Burlington, on the 15th day of June, 2017, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must comply with the standard conditions of supervision recommended by the Sentencing Commission, as set forth in Part G of the presentence report. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your condition and condition.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section §1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United Stated Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the costs of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On or about January 17, 2023, the defendant used a substance containing cocaine as evidenced by his admission to the probation officer and by a urine sample submitted by the defendant on January 19, 2023, which tested positive for cocaine.

On or about January 19, 2023, the defendant used a substance containing cannabis. This violation is evidenced by a urine sample provided by the defendant on January 19, 2023, which tested positive for the cannabis metabolite.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons so that Phillip Wilson may appear before the Court to show cause why their term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this __2nd__ day of __February__, 20_23_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Alisha Waite
U.S. Probation Officer

Executed on January 31, 2023

Place: Burlington