NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                           Case No. 1:16-cr-097-1

Phillip Wilson

TAKE NOTICE that the above-entitled case has been scheduled at 03:00 p.m. on Monday, May 08, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 510                           JEFFREY S. EATON, Clerk
                                                                                         By: */s/ Jennifer B. Ruddy*
                                                                                         Deputy Clerk
                                                                                         3/23/2023

TO:

Nathanael T. Burris, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter