| NOTICE OF HEARING |
|---|

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                    Case No. 1:16-cr-97-1

Phillip Wilson

TAKE NOTICE that the above-entitled case is scheduled for Wednesday, January 3, 2024 at 11:00 a.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Revocation Hearing.

Location: Burlington – 410 Courtroom
                                                                                JEFFREY S. EATON, Clerk
                                                                                 By: */s/ H. Beth Cota*
                                                                                 Deputy Clerk
                                                                                 12/21/2023

TO:

Nathanael T. Burris, AUSA

Mark D. Oettinger, Esq.